# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2014

149043

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LINDA C. HODGE,
           Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
           Defendant-Appellee.

SC:  149043
COA:  308723
Wayne CC:  10-012109-AV

_____/

      On order of the Court, the application for leave to appeal the February 25, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Moody v Home Owners Ins Co* (Docket Nos. 149041, 149046) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2014



h0923

Clerk